594

472 A.2d 243

Commonwealth v. Blake, Appellant.

Submitted January 18, 1984. Donald E. Havens, for appellant; Ann Aschauer Osborne, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment of sentence affirmed.

472 A.2d 243

Commonwealth v. Bloemker, Appellant.
Petition for Allowance of Appeal
Denied Aug. 13, 1984.

Submitted October 24, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Affirmed.